**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ROBERT ERIC LENARD,
Petitioner,
v.
HIXON, Warden of N.K.S.P.,
Respondent.

Case No. 2:25-cv-09493-VBF-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) Petitioner's requests for a *Rhines* stay and augmentation of the record are DENIED and (2) Judgment be entered dismissing the action without prejudice.

Date: September 8, 2026

Valerie Baker Fairbank
HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE