JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ROBERT ERIC LENARD,
Petitioner,
v.
HIXON, Warden of N.K.S.P.,
Respondent.

Case No. 2:25-cv-09493-VBF-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice.

Date: September 8, 2026

Valerie Baker Fairbank

HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE